UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00060 |
| ) | JUDGE SHARP |
| DENISE COHN ) | |

## **O R D E R**

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 37).

The motion is GRANTED and a hearing on a plea of guilty is hereby scheduled for Friday, August 2, 2013, at 1:30 p.m.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE