UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:13-00060 |
| | ) | JUDGE SHARP |
| JUSTIN JOEL COHN | ) | |
| DENISE COHN | ) | |

## O R D E R

Pending before the Court is Justin Cohn's Motion to Set Hearing (Docket No. 44)

The motion is GRANTED and a hearing on a plea of guilty is hereby scheduled for Friday, August 16, 2013, at 1:30 p.m.

Due to a calendar conflict, the plea hearing for Denise Cohn scheduled for August 14, 2013, is hereby rescheduled for Friday, August 16, 2013, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE